UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WALSH, KILLIAN CHRISTINE § Case No. 10-38071
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Phillip D. Levey_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-38071 JPC Judge: JACQUELINE P. COX | Trustee Name: Phillip D. Levey |
| Case Name: | WALSH, KILLIAN CHRISTINE | Date Filed (f) or Converted (c): 08/25/10 (f) |
| | | 341(a) Meeting Date: 09/29/10 |
| For Period Ending: | 10/02/14 | Claims Bar Date: 10/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5231 N. Winthrop Chicago, IL 60640 Debtor's princi | 239,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. 2010 S Desplaines, Chicago, IL 60601 Parking Space | 10,000.00 | 10,000.00 | | 13,000.00 | FA |
| 3. 5th3rd checking account | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. IRA | 21,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. 1993 Volkswagon Jetta GLS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.20 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $274,000.00     $10,000.00     $13,000.20     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation of Trustee's Final Report.

Initial Projected Date of Final Report (TFR): 02/28/12     Current Projected Date of Final Report (TFR): 08/31/14

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*     Ver: 18.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-38071 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WALSH, KILLIAN CHRISTINE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2846  Checking |
| Taxpayer ID No: | *******1811 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7,052.80 | | 7,052.80 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.35 | 7,048.45 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.49 | 7,043.96 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.34 | 7,039.62 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.48 | 7,035.14 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.46 | 7,024.68 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 5.92 | 7,018.76 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,008.76 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.42 | 6,998.34 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.07 | 6,988.27 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.39 | 6,977.88 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.04 | 6,967.84 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.36 | 6,957.48 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.34 | 6,947.14 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,937.14 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.31 | 6,926.83 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,916.83 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.28 | 6,906.55 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.27 | 6,896.28 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,886.28 |
| 04/01/14 | 010002 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 1.66 | 6,884.62 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.24 | 6,874.38 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,864.38 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.21 | 6,854.17 |

Page Subtotals  7,052.80  198.63

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-38071 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WALSH, KILLIAN CHRISTINE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2846 Checking |
| Taxpayer ID No: | *******1811 | | |
| For Period Ending: | 10/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,844.17 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.18 | 6,833.99 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.16 | 6,823.83 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,052.80 | 228.97 | 6,823.83 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,052.80 | 0.00 | |
| | | Subtotal | 0.00 | 228.97 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 228.97 | |

Page Subtotals 0.00 30.34

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 10-38071 -JPC | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | WALSH, KILLIAN CHRISTINE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6260  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1811 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/12 | 2 | Attorneys' Title Guaranty Fund, Inc. | Sale of Parking Space | | 7,078.67 | | 7,078.67 |
| | | One South Wacker Drive 24th Floor | | | | | |
| | | Chicago, IL  60606 | | | | | |
| | | ATTORNEYS' TITLE GUARANTY FUND, INC | Memo Amount:      13,000.00 | 1110-000 | | | |
| | | | Sale of Parking Space | | | | |
| | | ATTORNEYS' TITLE GUARANTY FUND, INC | Memo Amount:    (     362.50 ) | 2500-000 | | | |
| | | | Closing Fee | | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount:    (     500.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount:    (       6.50 ) | 2500-000 | | | |
| | | | County Stamps | | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount:    (      13.00 ) | 2500-000 | | | |
| | | | State Stamps | | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount:    (       3.00 ) | 2500-000 | | | |
| | | | State Regulatory Fee | | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount:    (      39.00 ) | 2500-000 | | | |
| | | | City Stamps | | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount:    (      50.00 ) | 2500-000 | | | |
| | | | CPL | | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount:    (      25.00 ) | 2500-000 | | | |
| | | | Notarial Fee | | | | |
| | | THE EDGE LOFTS | Memo Amount:    (     640.36 ) | 4110-000 | | | |
| | | | Assessments | | | | |
| | | FAKAROS, MICHAEL T. | Memo Amount:    (     500.00 ) | 3210-000 | | | |
| | | | Attorney's Fees | | | | |
| | | FAKAROS, MICHAEL T. | Memo Amount:    (     100.00 ) | 2500-000 | | | |
| | | | Gap Risk Update | | | | |
| | | FAKAROS, MICHAEL T. | Memo Amount:    (     125.00 ) | 2500-000 | | | |

| | | | Page Subtotals | | 7,078.67 | 0.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-38071 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WALSH, KILLIAN CHRISTINE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6260  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1811 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Water Certification | | | | |
| | | WALSH, KILLIAN C. | Memo Amount:      (      2,500.00 ) | 8100-000 | | | |
| | | | Exemption | | | | |
| | | WALSH, CURTIS | Memo Amount:      (      1,056.97 ) | 4700-000 | | | |
| | | | Tax Prorations | | | | |
| 05/31/12 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 7,078.69 |
| 06/29/12 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,078.75 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.41 | 7,070.34 |
| 07/31/12 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,070.40 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.27 | 7,061.13 |
| 08/30/12 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,061.19 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 8.39 | 7,052.80 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,052.80 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 13,000.00 | COLUMN TOTALS | 7,078.87 | 7,078.87 | 0.00 |
| Memo Allocation Disbursements: | 5,921.33 | Less:  Bank Transfers/CD's | 0.00 | 7,052.80 | |
| | | Subtotal | 7,078.87 | 26.07 | |
| Memo Allocation Net: | 7,078.67 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 7,078.87 | 26.07 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 13,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 5,921.33 | Checking - *******2846 | 0.00 | 228.97 | 6,823.83 |
| | | Money Market Account (Interest Earn - *******6260 | 7,078.87 | 26.07 | 0.00 |
| Total Memo Allocation Net: | 7,078.67 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 7,078.87 | 255.04 | 6,823.83 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 0.20 | 7,078.87 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| | |
|---|---|
| Case No: 10-38071 -JPC | Trustee Name: Phillip D. Levey |
| Case Name: WALSH, KILLIAN CHRISTINE | Bank Name: BANK OF AMERICA |
| | Account Number / CD #: *******6260  Money Market Account (Interest Earn |
| Taxpayer ID No: *******1811 | |
| For Period Ending: 10/02/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - ********2846  Transfers)  To Debtors)  On Hand
Money Market Account (Interest Earn - ********6260

Page Subtotals          0.00          0.00

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 21, 2014 |

Case Number:  10-38071
Debtor Name:  WALSH, KILLIAN CHRISTINE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | PHILLIP D. LEVEY | Administrative | | $2,475.00 | $0.00 | $2,475.00 |
| 001 2100-00 | Phillip D. Levey | Administrative | | $1,800.02 | $0.00 | $1,800.02 |
| 001 2200-00 | Phillip D. Levey | Administrative | | $29.21 | $0.00 | $29.21 |
| 000001 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $12,404.24 | $0.00 | $12,404.24 |
| 000002 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,293.40 | $0.00 | $1,293.40 |
| 000003 070 7100-00 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | Unsecured | | $1,878.31 | $0.00 | $1,878.31 |
| 000004 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,630.63 | $0.00 | $1,630.63 |
| 000005 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $536.18 | $0.00 | $536.18 |
| | Case Totals: | | | $22,046.99 | $0.00 | $22,046.99 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-38071
Case Name: WALSH, KILLIAN CHRISTINE
Trustee Name: Phillip D. Levey

Balance on hand                                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000002 | American Express Bank, FSB | $ | $ | $ |
| 000003 | Fifth Third Bank | $ | $ | $ |
| 000004 | GE Capital Retail Bank | $ | $ | $ |
| 000005 | GE Capital Retail Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE