**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                  §
                                        §
WALSH, KILLIAN CHRISTINE                §        Case No. 10-38071
                                        §
         Debtor(s)                      §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

            Jeffrey P. Allsteadt
            U.S. Bankruptcy Court Clerk
            219 South Dearborn Street- 7th Floor
            Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/20/2014 in Courtroom 680,

            United States Courthouse
            219 South Dearborn Street
            Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                            Clerk of The United States Bankruptcy
                                                              Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
WALSH, KILLIAN CHRISTINE                  §    Case No. 10-38071
                                          §
         Debtor(s)                        §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,000.20 |
| and approved disbursements of | $ | 6,176.37 |
| leaving a balance on hand of[1] | $ | 6,823.83 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,800.02 | $ 0.00 | $ 1,800.02 |
| Trustee Expenses: Phillip D. Levey | $ 29.21 | $ 0.00 | $ 29.21 |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ 2,475.00 | $ 0.00 | $ 2,475.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,304.23 |
| Remaining Balance | | | $ 2,519.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,742.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 12,404.24 | $ 0.00 | $ 1,761.49 |
| 000002 | American Express Bank, FSB | $ 1,293.40 | $ 0.00 | $ 183.67 |
| 000003 | Fifth Third Bank | $ 1,878.31 | $ 0.00 | $ 266.73 |
| 000004 | GE Capital Retail Bank | $ 1,630.63 | $ 0.00 | $ 231.56 |
| 000005 | GE Capital Retail Bank | $ 536.18 | $ 0.00 | $ 76.15 |

Total to be paid to timely general unsecured creditors     $     2,519.60

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 10-38071-JPC
Killian Christine Walsh                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: dgomez              Page 1 of 2             Date Rcvd: Oct 27, 2014
                                Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2014.
db          +Killian Christine Walsh,   5231 N Winthrop #1S,   Chicago, IL 60640-2356
17646758     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16043843    +BAC HOME LOANS SERVICI,   450 AMERICAN ST,   SIMI VALLEY, CA 93065-6285
17629389   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
              Wilmington, DE 19886-5102)
16043846   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: CITIBANK SD, NA,   ATTN: CENTRALIZED BANKRUPTCY,   PO BOX 20507,
              KANSAS CITY, MO 64195)
16043847   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: FIFTH THIRD BANK,   38 FOUNTAIN SQUARE PLZ,   CINCINNATI, OH 45202)
17713215    +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
16043850    +GMAC HM EQ,   PO BOX 4622,   WATERLOO, IA 50704-4622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17891134     E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2014 01:20:16    GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16043848    +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2014 01:23:04    GEMB/CARE CREDIT,
              950 FORRER BLVD,   KETTERING, OH 45420-1469
16043849    +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2014 01:23:04    GEMB/CARE CREDIT,
              ATTN: BANKRUPTCY,   PO BOX 103106,   ROSWELL, GA 30076-9106
16043845    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 28 2014 01:35:38    JP Morgan Chase Bank,
              c/o Ascension Capital Group,   PO Box 201347,   Arlington, TX 76006-1347
19927197     E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2014 01:21:47    Midland Funding LLC,
              By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
19927198     E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2014 01:20:22    Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
16043853    +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 28 2014 01:15:49    UNITED STATES TRUSTEE,
              219 SOUTH DEARBORN,   CHICAGO, IL 60604-1708
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Michael T Fakaros
16043852*    +KILLIAN CHRISTINE WALSH,   5231 N WINTHROP #1S,   CHICAGO, IL 60640-2356
16043844    ##+BANK OF AMERICA,   PO BOX 15026,   WILMINGTON, DE 19850-5026
16043851    ##+HITCHCOCK AND ASSOCIATES, P.C.,   120 SOUTH STATE STREET,   SUITE 803,
              CHICAGO, ILLINOIS 60603-5503
                                                                                   TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2014 at the address(es) listed below:
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ   on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
           plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ   levey47@hotmail.com,   plevey@ecf.epiqsystems.com

```
District/off: 0752-1          User: dgomez            Page 2 of 2            Date Rcvd: Oct 27, 2014
                              Form ID: pdf006         Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Timothy H. Spruce    on behalf of Debtor Killian Christine Walsh tspruce@financialrelief.com, yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com;Yolis.KaplanLaw@gmail.com

                                                                                                    TOTAL: 4

Case 10-38071    Doc 52    Filed 10/27/14    Entered 10/29/14 23:40:40    Desc Imaged
Certificate of Notice    Page 6 of 6