UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
WALSH, KILLIAN CHRISTINE § Case No. 10-38071
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Killian C. Walsh |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Gmac Hm Eq Po Box 4622 Waterloo, IA 50704 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | THE EDGE LOFTS | | | | | |
| | WALSH, CURTIS | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ATTORNEYS' TITLE GUARANTY FUND, INC | | | | | |
| ATTORNEYS' TITLE GUARANTY FUNF, INC | | | | | |
| FAKAROS, MICHAEL T. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| FAKAROS, MICHAEL T. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 15026 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 901039 Fort Worth, TX 76101 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy PO Box 20507 Kansas City, MO 64195 | | | | | |
| | Fifth Third Bank 38 Fountain Square Plz Cincinnati, OH 45202 | | | | | |
| | Gemb/care Credit 950 Forrer Blvd Kettering, OH 45420 | | | | | |
| | Gemb/care Credit Attn: Bankruptcy PO Box 103106 Roswell, GA 30076 | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |
| 000004 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | GE CAPITAL RETAIL BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-38071 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
| Case Name: | WALSH, KILLIAN CHRISTINE | | | Date Filed (f) or Converted (c): | 08/25/10 (f) |
| | | | | 341(a) Meeting Date: | 09/29/10 |
| For Period Ending: | 10/02/14 | | | Claims Bar Date: | 10/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5231 N. Winthrop Chicago, IL 60640 Debtor's princi | 239,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. 2010 S Desplaines, Chicago, IL 60601 Parking Space | 10,000.00 | 10,000.00 | | 13,000.00 | FA |
| 3. 5th3rd checking account | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. IRA | 21,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. 1993 Volkswagon Jetta GLS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.20 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $274,000.00     $10,000.00     $13,000.20     $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation of Trustee's Final Report.

Initial Projected Date of Final Report (TFR): 02/28/12     Current Projected Date of Final Report (TFR): 08/31/14

LFORM1     Ver: 18.00b

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-38071 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | WALSH, KILLIAN CHRISTINE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2846 Checking |
| Taxpayer ID No: | *******1811 | | |
| For Period Ending: | 01/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7,052.80 | | 7,052.80 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.35 | 7,048.45 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.49 | 7,043.96 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.34 | 7,039.62 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.48 | 7,035.14 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.46 | 7,024.68 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 5.92 | 7,018.76 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,008.76 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.42 | 6,998.34 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.07 | 6,988.27 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.39 | 6,977.88 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.04 | 6,967.84 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.36 | 6,957.48 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.34 | 6,947.14 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,937.14 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.31 | 6,926.83 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,916.83 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.28 | 6,906.55 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.27 | 6,896.28 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,886.28 |
| 04/01/14 | 010002 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 1.66 | 6,884.62 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.24 | 6,874.38 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,864.38 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.21 | 6,854.17 |

Page Subtotals 7,052.80 198.63

Ver: 18.03b

LFORM24

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-38071 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | WALSH, KILLIAN CHRISTINE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2846 Checking |
| Taxpayer ID No: | *******1811 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,844.17 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.18 | 6,833.99 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.16 | 6,823.83 |
| 11/23/14 | 010003 | PHILLIP D. LEVEY | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,475.00 | 4,348.83 |
| 11/23/14 | 010004 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 1,800.02 | 2,548.81 |
| 11/23/14 | 010005 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 29.21 | 2,519.60 |
| 11/23/14 | 010006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000001, Payment 14.20071% | 7100-000 | | 1,761.49 | 758.11 |
| 11/23/14 | 010007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 14.20056%<br>(2-1) CREDIT CARD DEBT | 7100-000 | | 183.67 | 574.44 |
| 11/23/14 | 010008 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Claim 000003, Payment 14.20053% | 7100-000 | | 266.73 | 307.71 |
| 11/23/14 | 010009 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 14.20065%<br>(4-1) CARECREDIT/GEMB or GEMB | 7100-000 | | 231.56 | 76.15 |
| 11/23/14 | 010010 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 14.20232%<br>(5-1) CARECREDIT/GEMB or GEMB | 7100-000 | | 76.15 | 0.00 |

Page Subtotals      0.00      6,854.17

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-38071 -JPC | |
| Case Name: | WALSH, KILLIAN CHRISTINE | |
| Taxpayer ID No: | *******1811 | |
| For Period Ending: | 01/11/15 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2846  Checking | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,052.80 | 7,052.80 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,052.80 | 0.00 | |
| | | | | Subtotal | 0.00 | 7,052.80 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 7,052.80 | |

Page Subtotals　　0.00　　0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-38071 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WALSH, KILLIAN CHRISTINE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6260 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1811 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/12 | 2 | Attorneys' Title Guaranty Fund, Inc. One South Wacker Drive 24th Floor Chicago, IL 60606 | Sale of Parking Space | | 7,078.67 | | 7,078.67 |
| | | ATTORNEYS' TITLE GUARANTY FUND, INC | Memo Amount: 13,000.00 Sale of Parking Space | 1110-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUND, INC | Memo Amount: ( 362.50 ) Closing Fee | 2500-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount: ( 500.00 ) Title Charges | 2500-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount: ( 6.50 ) County Stamps | 2500-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount: ( 13.00 ) State Stamps | 2500-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount: ( 3.00 ) State Regulatory Fee | 2500-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount: ( 39.00 ) City Stamps | 2500-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount: ( 50.00 ) CPL | 2500-000 | | | |
| | | ATTORNEYS' TITLE GUARANTY FUNF, INC | Memo Amount: ( 25.00 ) Notarial Fee | 2500-000 | | | |
| | | THE EDGE LOFTS | Memo Amount: ( 640.36 ) Assessments | 4110-000 | | | |
| | | FAKAROS, MICHAEL T. | Memo Amount: ( 500.00 ) Attorney's Fees | 3210-000 | | | |
| | | FAKAROS, MICHAEL T. | Memo Amount: ( 100.00 ) Gap Risk Update | 2500-000 | | | |
| | | FAKAROS, MICHAEL T. | Memo Amount: ( 125.00 ) | 2500-000 | | | |

Page Subtotals 7,078.67 0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2                                                                                                    Page: 5
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                         Exhibit 9

| Case No: | 10-38071 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | WALSH, KILLIAN CHRISTINE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6260 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1811 | | |
| For Period Ending: | 01/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Water Certification | | | | |
| | | WALSH, KILLIAN C. | Memo Amount:      (       2,500.00 ) | 8100-000 | | | |
| | | | Exemption | | | | |
| | | WALSH, CURTIS | Memo Amount:      (       1,056.97 ) | 4700-000 | | | |
| | | | Tax Prorations | | | | |
| 05/31/12 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 7,078.69 |
| 06/29/12 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,078.75 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.41 | 7,070.34 |
| 07/31/12 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,070.40 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.27 | 7,061.13 |
| 08/30/12 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,061.19 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 8.39 | 7,052.80 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,052.80 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 13,000.00 | COLUMN TOTALS | 7,078.87 | 7,078.87 | 0.00 |
| Memo Allocation Disbursements: | 5,921.33 | Less:  Bank Transfers/CD's | 0.00 | 7,052.80 | |
| | | Subtotal | 7,078.87 | 26.07 | |
| Memo Allocation Net: | 7,078.67 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 7,078.87 | 26.07 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 13,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 5,921.33 | Checking - *******2846 | 0.00 | 7,052.80 | 0.00 |
| | | Money Market Account (Interest Earn - *******6260 | 7,078.87 | 26.07 | 0.00 |
| Total Memo Allocation Net: | 7,078.67 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 7,078.87 | 7,078.87 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals                              0.20         7,078.87

Ver: 18.03b
LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-38071 -JPC |
| Case Name: | WALSH, KILLIAN CHRISTINE |
| Taxpayer ID No: | *******1811 |
| For Period Ending: | 01/11/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6260  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - ********2846 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market Account (Interest Earn - ********6260 | | | | |

Page Subtotals   0.00   0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*